WESTON & AGNESS LLP
Aaron C. Agness (State Bar No. 221943)
Richard C. Weston (State Bar No. 126491)
1960 East Grand Avenue, Suite 400
El Segundo, California 90245
Telephone:  (213) 596-8000
Facsimile:   (213) 596-8039
E-mail:       aagness@westonagnesslaw.com
              rweston@westonagnesslaw.com

Attorneys for Plaintiff,
Travelers Property Casualty Company of America

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>               Plaintiff,<br><br>       vs.<br><br>KIRSCH TRANSPORTATION SERVICES, INC., an Iowa corporation; WAL-MART TRANSPORTATION, LLC, a Delaware corporation; and WALMART, INC., a Delaware corporation,<br><br>               Defendants. | Case No. 2:24-cv-06169<br><br>**NOTICE OF INTERESTED PARTIES** |

Pursuant to the Local Rules of the United States District Court for the Central District of California, Local Civil Rule 7.1-1, the undersigned, counsel of record for Plaintiff Travelers Property Casualty Company of America certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate the possible disqualification or recusal:

///

1. Travelers Property Casualty Company of America (Plaintiff);
2. Travelers Property Casualty Company of America is 100% owned by The Phoenix Insurance Company, which is 100% owned by The Travelers Indemnity Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc.  The Travelers Companies, Inc. is the only publicly held company in the corporate family. No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.;
3. Krisch Transportation Services, Inc. (Defendant);
4. Wal-Mart Transportation, LLC (Defendant); and,
5. Walmart, Inc. (Defendant).

Dated:  July 23, 2024

Respectfully submitted,
WESTON & AGNES LLP

By: **s/ Richard C. Weston**
Aaron C. Agness
Richard C. Weston
Attorneys for Plaintiff,
**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**